UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                        Case No.: 10-30682
PAULA MARIE GOULD              Chapter 7
                                               Hon. Daniel S. Opperman

**Debtor(s).**
_____/

## NOTICE OF DIVIDEND
## LESS THAN $5.00

TO THE CLERK OF THE COURT:

       The attached check in the amount of $3.52 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Associated Radiologists<br>C/O MMCC xxx2841<br>6324 Taylor Dr.<br>Flint, MI 48507 | 7 | $3.52 |
| | **Total** | **$3.52** |

Dated: 3/31/11

                                                      /s/ Collene K. Corcoran, Trustee
                                                      Collene K. Corcoran, Trustee
                                                      PO Box 535
                                                      Oxford, MI 48371
                                                      (248) 969-9300
                                                      ccorcoran@epiqtrustee.com